**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Anthony HAYNESWORTH,
Defendant—Appellant.**

**No. 09–6034.**

United States Court of Appeals,
Fourth Circuit.

Submitted: March 17, 2009.

Decided: March 24, 2009.

Anthony Haynesworth, Appellant Pro Se. Jane Barrett Taylor, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before TRAXLER, KING, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Haynesworth appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no abuse of discretion and no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Haynesworth*, No. 3:99–cr–00268–CMC–1 (D.S.C. Dec. 22, 2008), and the reasons expressed in our recent decision in *United States v. Dunphy*, 551 F.3d 247, 253–56 (4th Cir.2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*